510 U.S. 1091
 Toro
v.
United States.
Lipscomb
v.
United States.
Coppock
v.
United States.
Harvey
v.
United States.
Teters
v.
United States.
Perry
v.
United States. and
Proctor
v.
United States.
 No. 93-447.
 Supreme Court of United States.
 January 24, 1994.
 
 1
 Appeal from the Ct. Mil. App.
 
 
 2
 Certiorari denied. Reported below: 37 M. J. 313 (first case); 38 M. J. 457 (second case); 37 M. J. 145 (third case); 37 M. J. 140 (fourth case); 37 M. J. 370 (fifth case); 37 M. J. 363 (sixth case); 37 M. J. 330 (seventh case).